[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 1241.]

KIRBY, ADMR., APPELLANT, *v.* PIONEER INSURANCE COMPANY ET AL.,

APPELLEES.

[Cite as *Kirby v. Pioneer Ins. Co.*, 2000-Ohio-400.]

*Appeal dismissed as improvidently allowed.*

(No. 99-875—Submitted April 10, 2000—Decided May 24, 2000.)

APPEAL from the Court of Appeals for Warren County, No. CA98-09-120.

————————————

*Eddie Lawson* and *Thomas B. Kirby*, for appellant.

*Smith, Rolfes & Skavdahl Co., L.P.A., Matthew J. Smith* and *Patricia J. Trombetta*, for appellees.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————————